UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS ANTONIO SONTO SORTO,

      Petitioner,

    v.                           Case No.:  2:26-cv-02020-SPC-KRH

WARDEN, SOUTH FLORIDA
DETENTION CENTER,

      Respondent,

_____/

## **OPINION AND ORDER**

Before the Court are Luis Antonio Sonto Sorto's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 7).

Sonto Sorto is a native of El Salvador who voluntarily departed the United States in 2019 and later re-entered without inspection.  On March 25, 2026, Immigration and Customs Enforcement ("ICE") arrested Sonto Sorto when he reported to a local probation office for a scheduled appointment.  On June 1, 2026, an immigration judge ordered Sonto Sorto removed from the United States and denied his request for release on bond.  Sonto Sorto reserved his right to appeal by July 1, 2026, but he has not done so yet.

Sonto Sorto is currently detained under 8 U.S.C. § 1226(a), and he received due process in the form of an individualized bond hearing.  If Sonto Sorto does not appeal his removal order by July 1, 2026, it will become final.

At that point, his detention will be mandatory under § 1231. Accordingly, Sonto Sorto's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on July 1, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record

2